1
2
3
4
5
6
7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    MAURICE DiAUNDRA ROGERS,              No.  2:20-CV-1478-TLN-DMC-P

12              Plaintiff,

13         v.                               <u>ORDER</u>

14    WILLIAM NETHERBY,

15              Defendant.

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 25, for an extension

19    of time to file a reply to Defendant's answer to the complaint.  Plaintiff's motion is denied

20    because the Federal Rules of Civil Procedure do not contemplate or allow for such a pleading.

21              IT IS SO ORDERED.

22

23    Dated:  August 18, 2021

24                                          _____
                                            DENNIS M. COTA
25                                          UNITED STATES MAGISTRATE JUDGE

26

27

28

                                            1