**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAURICE DiAUNDRA ROGERS, | No.  2:20-CV-1478-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| WILLIAM NETHERBY, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendant's motion pursuant to Federal Rule of Civil Procedure 30(b)(4) for leave to take Plaintiff's deposition by remote means. ECF No. 32. Good cause appearing therefor, Defendant's motion is granted.  Defendant may take Plaintiff's deposition by remote means.

IT IS SO ORDERED.

Dated:  December 28, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1